# EXHIBIT B



Adebukola Onibokun, M.D.
Main clinic: 3425 S. Bascom Avenue, Suite I · Campbell, CA 95008
Satellite clinic: 3351 El Camino Real, Suite 200 · Atherton, CA 94027
www.SanJoseNeurospine.com · P: 408-377-3331

## ASSIGNMENT OF BENEFITS, ASSIGNMENT OF RIGHTS, AND DESIGNATION OF AUTHORIZED REPRESENTATIVE FORM

The undersigned (the "Patient"), having healthcare benefit coverage through a group (including a self-funded and employer/employee benefit plan) and/or individual healthcare plan (collectively, the "Plan"), hereby assigns and conveys directly to San Jose Neurospine, all medical benefits and/or insurance reimbursement. If any, otherwise payable to the Patient for services, treatments, therapies, and/or medications rendered or provided by the Provider under the Plan, regardless of the Provider's managed care network participation status. The Patient hereby appoints the Provider, San Jose Neurospine, the Patient's rights, title, and interests in and to, and related to the recovery of any and all healthcare and/or surgical benefits which the Patient is entitled to receive under the Plan, and authorizes the Provider to release all medical information necessary to process the Patient's claims thereunder.

The Patient hereby authorizes the Plan's administrator, fiduciary, insurer, and/or attorney to release to the Provider, San Jose Neurospine, and/or attorneys any and all relevant Plan documents, summary benefit description, relevant benefit related documents and disclosures, insurance policies, and/or settlement information upon written request.

In addition to the foregoing, the Patient hereby assigns and/or conveys to the Provider any appeal rights, external review processes, legal or administrative claims, or any other action arising under the Plan and/or any tortfeasor insurance concerning medical expenses incurred as a result of the medical services, treatments, therapies, and/or medications the Patient receives from the Provider, including, but not limited to, the right to pursue those legal and/or administrative claims and/or the right to choose an action arising under the Plan and/or any tortfeasor insurance. The foregoing constitutes an express and knowing assignment of any and all claims under the Employee Retirement Income Security Act (ERISA), including, but not limited to, ERISA breach and fiduciary duty claims, and any other legal and/or administrative claims.

The Patient intends by this assignment and designation of authorized representative form to convey to the Provider any and all of the Patient's rights to claim (or place a lien on) the medical benefits related to the services, treatments, therapies, and/or medications provided by the Provider, including the right to any settlement, insurance or applicable legal or administrative remedies (including damages arising from ERISA breach and fiduciary duty claims). The Provider, San Jose Neurospine, and attorneys, are hereby given the right on behalf of and to the same extent as, the Patient to: (1) obtain information regarding a claim; (2) submit evidence; (3) make statements about facts or law; (4) make any request; to present or to elicit evidence; to obtain appeals information; and to receive any notice in connection with an appeal; any external review process, or asserted right; (5) file and participate in any appeal process, external review process, administrative and judicial actions, and pursue claims or choose any action or enforce any right against any liable party, insurance company, employee benefit plan, health care benefit plan, or plan administrator. The Provider, as the Patient's assignee, is hereby authorized to bring suit against any health care benefit plan, employee benefit plan, plan administrator or insurance company in the Patient's name with derivative standing at Provider's expense.

The Patient understands that the Patient will remain financially responsible for all charges regardless of any applicable insurance or benefit payments. Unless revoked, this assignment and designation of authorized representative form is valid for all administrative and judicial reviews under the Patient Protection Affordable Care Act (and any other health care reform legislation), ERISA, Medicare, Medicaid, and applicable federal and state laws. A photocopy of this assignment and designation of authorized representative form is to be considered valid, the same as if it was the original.

We will submit an out of network claim to your insurance company for your surgery and the insurance payment may or may not be mailed to you. In the event that it is, it will be your responsibility to forward that payment to San Jose Neurospine - P.O. Box 112135, Campbell, CA 95011. We will file any initial insurance appeals we feel may be necessary. If you choose to file a grievance with the insurance company, it will be your responsibility.

THE PATIENT, HAVING READ AND FULLY UNDERSTOOD THE CONTENTS OF THIS ASSIGNMENT OF BENEFITS, ASSIGNMENT OF RIGHTS, AND DESIGNATION OF AUTHORIZED REPRESENTATIVE FORM, HEREBY EXECUTES THE SAME ON THIS _____ DAY OF _____ 20__.

| Patient's name (Print) | Patient's Signature |
|---|---|
| [redacted] | [redacted] |
| If patient is under the age of 18: | Parent or Authorized Representative's Signature |
|  |  |

EXHIBIT B
Page 1