# EXHIBIT C

**1500**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

Blue Cross
BC001
PO BOX 60007
LOS ANGELES, CA 90060--000

◄—— CARRIER ——►

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) [redacted] | 3. PATIENT'S BIRTH DATE  MM DD YY  26 1986  SEX M  F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) [redacted] |
| 5. PATIENT'S ADDRESS (No., Street) [redacted] | 6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child  Other | 7. INSURED'S ADDRESS (No., Street) [redacted] |
| CITY [redacted]  STATE CA | 8. PATIENT STATUS  Single  Married [X]  Other | CITY [redacted]  STATE |
| ZIP CODE [redacted]  TELEPHONE (Include Area Code) ( ) 577-46[redacted] | Employed  Full-Time Student  Part-Time Student | ZIP CODE [redacted]  TELEPHONE (415) 577-46[redacted] |
| 9. OTHER INSURED'S NAME (Last, First, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH  26 1986  SEX M  F |
| b. OTHER INSURED'S DATE OF BIRTH  SEX | b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE(State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE 01/17/2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  YES [ ] NO [X]   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. M5126
2. M4806

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From - To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| Note: L4-L5 Microdiskectomy | | | | | | | | | |
| 01 19 17  01 19 17 | 22 | | 63030  50 | 12 | 93000.00 | 1 | | | NPI [redacted] |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES [X] NO [ ]
28. TOTAL CHARGE $93000.00
29. AMOUNT PAID $0.00
30. BALANCE DUE $93000.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Onibokun, MD, Adebukola
SIGNED 02/02/2017

32. SERVICE FACILITY LOCATION INFORMATION
EL CAMINO HOSPTAL
2500 GRANT ROAD
MOUNTAIN VIEW, CA 94040

33. BILLING PROVIDER INFO & PH# (408) 377 3331
Adebukola Onibokun
PO BOX 112135
Campbell, CA 95011

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-0999

EXHIBIT C
Page 1