1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA,<br><br>Defendant. | Case No. 5:20-cv-09337 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Phyllis J. Hamilton to determine whether it is related to 4:18-cv-04777 PJH, *California Spine And Neurosurgery Institute v. Blue Cross of California.*.

    IT IS SO ORDERED.


Date:  December 29, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-09337 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES